LAW OFFICES OF

# LAWRENCE KATZ

445 CENTRAL AVENUE
SUITE 201
CEDARHURST, NEW YORK 1I516

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 706-2404 |

July 27, 2011

**VIA ECF**

Honorable Arthur D. Spatt
United States District Judge
1024 Federal Plaza
Central Islip, New York 11722

Re:   *Taraborelli V MBI*, No. 10-cv-5130-ADS-ETB

Dear Judge Spatt:

Plaintiff does hereby move to have the motion for summary judgment, docket number 8, "returned to the movant undocketed or disregarded" in accordance with his Honor's individual rules. *Individual Rules of Honorable Arthur D Spatt*, IV. B.(*v*)

As is clear from the docket the movant has failed to comply with the individual rules for the making of a summary judgment motion. *Individual Rules of Honorable Arthur D Spatt*, IV. D There has been no pre-motion conference and no exchange of Rule 56.1 statements.

Sincerely,

*s/Lawrence Katz*
Lawrence Katz